Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CrowdStrike, Inc.

Plaintiff(s)

v.

AIStrike, Inc.

Defendant(s)

CASE No.   4:26-cv-01984-HSG

STIPULATION AND ORDER
SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☒ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: December 17, 2027

Date: 6/16/2026

Date: 6/16/2026

/s/ Jason M. Richardson
Attorney for Plaintiff
/s/ Jason N. Haycock
Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   6/17/2026

U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*

Print Form