United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CROWDSTRIKE, INC.,

          Plaintiff,

     v.

AISTRIKE, INC.,

          Defendant.

Case No. 26-cv-01984-HSG

**SCHEDULING ORDER**

A case management conference was held on June 23, 2026. Having considered the parties' proposal, *see* Dkt. No. 25, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Amendment of Pleadings/ Joinder | August 31, 2026 |
| Close of Fact Discovery | June 14, 2027 |
| Exchange of Opening Expert Reports | July 12, 2027 |
| Exchange of Rebuttal Expert Reports | August 9, 2027 |
| Close of Expert Discovery | September 7, 2027 |
| Dispositive Motion & *Daubert* Filing Deadline | October 5, 2027 |
| Dispositive Motion & *Daubert* Hearing Deadline | November 4, 2027, at 2:00 p.m. |
| Pretrial Conference | February 1, 2028, at 3:00 p.m. |
| Jury Trial (5 days) | February 28, 2028, at 8:30 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   6/25/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge